## United States District Court for the Northern District of Illinois

Case Number: 08cv3554         Assigned/Issued By: DAJ

Judge Name: MAROVICH        Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2875678

Date Payment Rec'd: 06/20/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____

                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

 2  Original and  0  copies on  06/20/08  as to DEF'S. _____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05